**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| STEVEN M. KAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:06-CV-410 WL |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Steven M. Kaylor, by counsel, submitted a petition seeking leave to proceed *in forma pauperis*. The petition declares that he is not currently employed and has no significant assets. It appearing that he is unable to prepay the filing fee, the court: (1) **GRANTS** the *in forma pauperis* petition (docket # 2); (2) **DEFERS** the payment of the filing fee; and (3) **ORDERS** the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that he receives in this case; and (4) **DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the U.S. Marshal Service to effect service of process on the defendants.

SO ORDERED.

ENTERED: January 4 , 2007

 s/William C. Lee
William C. Lee, Judge
United States District Court